ment was denied and that of the defendant Postmaster General was granted on the ground of plaintiffs' laches. We affirm. This does not preclude appellants from initiating before the Postmaster General proceedings for such relief, if any, as they may be entitled to receive by reason of the current situation.[1]

Affirmed.

tained in Gregory v. United States, 97 U.S.App.D.C. 305, 231 F.2d 258, certiorari denied, 352 U.S. 850, 77 S.Ct. 69, 1 L.Ed.2d 61. We find no error.

Affirmed.

---

**Caspar W. GREGORY, III, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

**No. 13997.**

United States Court of Appeals
District of Columbia Circuit.

Argued Jan. 9, 1958.

Decided Jan. 16, 1958.

Mr. E. Tillman Stirling, Asst. U. S. Atty., with whom Messrs. Oliver Gasch, U. S. Atty., and Lewis Carroll and Joel D. Blackwell, Asst. U. S. Attys., were on the brief, for appellee.

Mr. Nathan J. Paulson, Asst. U. S. Atty., also entered an appearance for appellee.

Before EDGERTON, Chief Judge, and FAHY and WASHINGTON, Circuit Judges.

PER CURIAM.

This appeal is from denial of a motion under 28 U.S.C. § 2255 to set aside the conviction and sentence that we sus-

**Arthur S. CURTIS, t/a A. S. Curtis Features Syndicate, Appellant,**

v.

**TIME, Inc., Appellee.**

**No. 13870.**

United States Court of Appeals
District of Columbia Circuit.

Argued Dec. 13, 1957.

Decided Jan. 16, 1958.

---

1. See Donaldson v. Read Magazine, 333 U.S. 178, 184, 68 S.Ct. 591, 92 L.Ed. 628.